IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**PALMER EDWARD COBURN,**

    Petitioner,

v.                                       Case No. 5:24cv035-MCR/MAF

**STATE OF FLORIDA,**

    Respondent.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 1, 2024, ECF No. 8. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant 28 U.S.C. § 636(b)(1). There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Report and Recommendation, ECF No. 8, is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus, ECF No. 1, is **DISMISSED**.

3. A certificate of appealability is **DENIED** and leave to appeal in forma pauperis is also **DENIED**.

**DONE AND ORDERED** this 25th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**